# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § | **CRIMINAL NO. 4:16-CR-16-ALM-KPJ** |
| **TERRY JAMES KEEL** | § § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on July 22, 2020, to determine whether Defendant violated his supervised release. Defendant was represented by Michelle Allen-McCoy. The Government was represented by Camelia Lopez.

On March 22, 2017, Defendant was sentenced by the Honorable Amos L. Mazzant, United States District Judge, to a sentence of twenty-nine (29) months imprisonment followed by a two (2) year term of supervised release. Defendant's supervision commenced on October 5, 2018.

On June 10, 2020, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 238). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant must not commit another federal, state or local crime; (2) Defendant must not unlawfully possess a controlled substance; (3) Defendant must refrain from any unlawful use of a controlled substance; and (4) Defendant must participate in a program of testing and treatment for drug abuse and follow the rules and regulations of that program until discharged. The probation officer, in consultation with the treatment provider, will supervise Defendant's participation in the program. Defendant must pay any cost associated with treatment and testing.

The Petition asserts that Defendant violated these conditions because: (1) on February 28, 2019, Defendant was arrested on a warrant out of the Frisco Municipal Court for the offense of Theft Over $100 Under $750; Defendant was convicted for this offense on September 11, 2019; (2) on March 4, 2020, Defendant submitted a urine specimen at the Plano Probation Office in Plano, Texas, that tested positive for methamphetamine; the specimen was sent to Alere Toxicology for testing, and it was confirmed positive for methamphetamine; Defendant gave a written admission to using methamphetamine; (3) on March 18, 2020, Defendant submitted a urine specimen at Onscene Drug Screens in McKinney, Texas; the specimen was sent to Alere Toxicology, and it was confirmed positive for methamphetamine; before submitting his urine sample, Defendant sent the probation officer a text message admitting he had used methamphetamine; and (4) on April 27, 2020, May 2, 2020, and May 25, 2020, Defendant failed to submit to random drug testing as directed; in the month of May 2020, Defendant failed to participate in substance abuse treatment as directed.

At the hearing, Defendant entered a plea of true to allegations 1, 2, 3, and 4. The Court finds that Defendant has violated the terms of his supervised release, and thus, his supervised release should be revoked.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the July 22, 2020, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of five (5) months with eighteen (18) months supervised release to follow with the same previously imposed conditions. The Court recommends that Defendant be placed in the Bureau of Prisons facility in El Reno, Oklahoma, if appropriate.

**So ORDERED and SIGNED this 23rd day of July, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE