**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **CRIMINAL NO. 4:16-CR-16-ALM-KPJ** |
| | § | |
| **TERRY JAMES KEEL** | § | |
| | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636.  On July 23, 2020, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #18) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of five (5) months with eighteen (18) months supervised release to follow with the same previously imposed conditions.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of five (5) months with eighteen (18) months supervised release to follow with the same previously imposed conditions. The Court recommends that Defendant be placed in the Bureau of Prisons facility in El Reno, Oklahoma, if appropriate.

**IT IS SO ORDERED**.

**SIGNED this 15th day of October, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE